UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JESSE WAYNE REID, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:15-CV-286-JD |
| | ) |
| RAY MABUS, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

Plaintiff Jesse Wayne Reid, Jr. filed a *pro se* complaint on October 2, 2015 as well as a petition for leave to proceed *in forma pauperis*. [DE 1; DE 2]. In his complaint, Mr. Reid sued nineteen defendants, including several high-ranking federal officials. He claims, *inter alia*, that the "Navy Sea Systems Command in Washington D.C." sent "a wireless signal via satellite in real time to harass him electronically using synthetic technology because of law suits he filed against the federal government." [DE 1 at 2]. Mr. Reid has filed these allegations in numerous other federal district courts. *See, e.g.*, *Reid v. Mabus*, No. 2:15-CV-2165-PKH (W.D. Ark. Oct. 9, 2015); *Reid v. Mabus*, No. 1:15-CV-1537 (D.D.C. Sept. 21, 2015). The outlandish nature of Mr. Reid's claims and his numerous duplicative filings indicate that Mr. Reid's complaint is frivolous. *See Reid v. Mabus*, No. 2:15-CV-2165-PKH dkt. 4 (W.D. Ark. Oct. 9, 2015). Accordingly, this matter is DISMISSED with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and Mr. Reid's petition to proceed *in forma pauperis* is DENIED as moot.

SO ORDERED.

ENTERED: October 19, 2015

                /s/ JON E. DEGUILIO
              Judge
              United States District Court